IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JOHN C. SKINNER, Register No. 1069523, )
                              Plaintiff, )
                                v. )   No. 07-4019-CV-C-NKL
DEBRA REED, et al., )
                              Defendants. )

## ORDER

On April 5 and 6, 2007, plaintiff filed motions seeking appointment of counsel and extensions of time, including a standing order for extensions of time.

On March 6, 2007, this court denied plaintiff's prior request for appointment of counsel. A review of the record does not reveal a significant change in circumstances since that time. The fact that plaintiff has numerous civil actions pending with this court does not merit appointment of counsel. Accordingly, for the reasons previously set forth, plaintiff's motion will be denied.

Plaintiff's request for an extension of time to pay the filing fee is granted. Plaintiff is granted forty-five (45) days from the date of this order in which to pay the initial fee. Plaintiff is advised that he is responsible for submitting to the court his initial filing fee, and upon receipt, this court will issue an order providing further payments be withdrawn from his prison account, pursuant to the provisions set forth in 28 U.S.C. § 1915.

Plaintiff's motion seeking a standing order granting extensions of time is denied. Extensions of time will be considered on a case-by-case basis on the grounds asserted in support of the request.

IT IS, THEREFORE, ORDERED that plaintiff's motion seeking a standing order for extensions of time is denied. [12] It is further

ORDERED that plaintiff is granted forty-five (45) day from the date of this order to pay his initial filing fee. [11,12] It is further

ORDERED that plaintiff's motion for appointment of counsel is denied, without prejudice. [11]

Dated this 2nd day of May, 2007, at Jefferson City, Missouri.


<u>William A. Knox</u>
WILLIAM A. KNOX
United States Magistrate Judge