IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JOHN C. SKINNER, ) | |
| Register No. 1069523, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4019-CV-C-NKL |
| ) | |
| DEBRA REED, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pending before the Court is Plaintiff John Skinner's Consolidated Appeal [Doc. 31], which was filed on July 24, 2007. Skinner seeks to appeal certain rulings made by United States Magistrate Judge William Knox. On July 30, 2007, however, the Court dismissed this case after adopting the Report and Recommendation of Judge Knox. Skinner's appeal to the District Court, therefore, is DENIED as moot.

This case is closed and any appeal should be directed to the Eighth Circuit Court of Appeals and not to the District Court.

s/ Nanette K. Laughrey<br>
NANETTE K. LAUGHREY<br>
United States District Judge

Dated: August 7, 2007
Jefferson City, Missouri